STATE OF NEW JERSEY v. JAMES HALL.

September 30, 1975. Petition for certification denied.

WILFREDO VEGA v.
HOUSING AUTHORITY OF THE CITY OF NEWARK.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE JAMEISON.

September 30, 1975. Petition for certification denied.

WESTERN MONMOUTH UTILITIES AUTHORITY v.
GORDONS CORNER WATER CO.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LOUIS LYNCH.

September 30, 1975. Petition for certification denied.

GLEN VIEW DEVELOPMENT CO. v.
PUBLIC SERVICE ELECTRIC & GAS CO.

September 30, 1975. Petition for certification denied.